THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ALFRED W. BISHOP, Respondent.—

Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur.

In the Matter of DAVID W. CORWIN, Petitioner, v. PAUL MERCIER, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

In the Matter of the Claim of RALPH O. PATT, Respondent. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

In the Matter of the Claim of SIDNEY L. DAVIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent; WHITMAN, RANSOM & COULSON, Employer.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.